UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

STEPHEN EIMERS, as Personal Representative of the
ESTATE OF HANNAH EIMERS, Deceased

        Plaintiff,

v.                                            Case No.  1:19-cv-00044-RLJ-SKL

VALMONT INDUSTRIES, INC., et al.

        Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for Lindsay Corporation, Lindsay Transportation Solutions Sales & Service, LLC, and Lindsay Transportation Solutions Inc. f/k/a Barrier Systems, [+], moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

        **PENNSYLVANIA and NEW JERSEY**

[✓] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 2/28/19

(Signature–hand signed)

Name:  James Harris Heller
Firm:   Cozen O'Connor
Address: 1650 Market Street, Ste. 2800, Philadelphia, PA 19103

Email address: JimHeller@cozen.com

Once your motion is granted, you must register for a CM/ECF account at
http://www.tned.uscourts.gov/RegistrationForm.php.

DATED this 4th day of March, 2019.

                      Respectfully submitted,

                      BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

                      *s/ Brigid M. Carpenter*
                      BRIGID M. CARPENTER (B.P.R. No. 018134)
                      bcarpenter@bakerdonelson.com
                      211 Commerce Street
                      Suite 800
                      Nashville, Tennessee 37201
                      Telephone: 615.726.7341
                      Facsimile: 615.744.7341

                      and

                      James H. Heller (Pro Hac Vice Motion pending)
                      jhimheller@cozen.com
                      Shelby K. Riney (Pro Hac Vice Motion pending)
                      sriney@cozen.com
                      COZEN O'CONNOR
                      1650 Market Place
                      Suite 2800
                      Philadelphia, Pennsylvania 19103
                      Telephone: 215.665.2189
                      Facsimile: 215.701.2189

                      *Attorneys for Lindsay Corporation, Lindsay Transportation Solutions Sales & Service, LLC, and Lindsay Transportation Solutions, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing was served on counsel for the party listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Theodore J. Leopold
Leslie M. Kroeger
Poorad Razavi
Cohen Milstein Sellers & Toll, PLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, Florida 33410

Gregory F. Coleman
Adam A. Edwards
Justin Day
Greg Coleman Law PC
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929

this 4th day of March, 2019.

                *s/ Brigid M. Carpenter*



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  }
EASTERN DISTRICT OF PENNSYLVANIA

I, Kate Barkman, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that James H. Heller, Bar #44980, was duly admitted to practice in said Court on December 2, 1985, and is in good standing as a member of the bar of said Court.

**KATE BARKMAN**
Clerk of Court

DATED at Philadelphia, Pennsylvania   BY: _____
on February 26, 2019                       Aida Ayala
                                            Deputy Clerk

Rev. 1/20/17

