U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

MINUTES - CIVIL TRIAL ☑ Jury ☐ Non-Jury   5th Day (1st, 2nd, etc.)   CASE NO.: 1:19-cv-44

STYLE: Eimers vs. Lindsay Corporation, et al.

PRESENT: Honorable Travis R. McDonough ☑ U.S. District Judge ☐ U.S. Magistrate Judge

Attorney(s) for Plaintiff(s): Ritchie, Monroe & Sulllivan

Attorney(s) for Defendant(s): Wilson, Fullerston, Heller, Mannion & Fla

Deputy Clerk: DeAndra Hintor    Court Reporter: Elizabeth Coffey &

PROCEEDINGS:

☑ JURY selected and sworn. Jurors present 10 / Seated ___ / Challenged ___ / Excused ___ / Not used ___
(See attached list)

☑ Opening Statements ☐ Rule Requested ☑ Witness sworn (Witnesses listed on "Exhibit & Witness List")

☑ Introduction of evidence for pltf. ☐ begun ☑ resumed ☐ concluded

☐ Deft.'s MOTION: _____  ☐ GRANTED ☐ DENIED

☐ Introduction of evidence for deft. ☐ begun ☐ resumed ☐ concluded

☐ Deft.'s RENEWED MOTION: _____  ☐ GRANTED ☐ DENIED

☐ Rebuttal evidence ☐ Surrebuttal evidence ☐ Charge conference ☐ Argument of counsel ☐ Charge of Court

☐ Jury retired to deliberate at _____   Jury returned at _____

☐ JURY VERDICT: _____

☐ Jury polled ☐ Polling waived

☐ JUDGMENT BY COURT: _____

☐ Case taken under advisement ☐ Mistrial declared

☐ EXHIBITS: ☐ in vault ☐ in file ☐ taken by court ☐ returned to attys (OBTAIN SIGNED RECEIPT)

☑ TRIAL CONTINUED UNTIL: Tuesday, June 21, 2022 at 9:00 a

OTHER PROCEEDINGS:

Time 8:55 to 11:0  Time 11:1 to 12:0  Time 1:25 to 2:19
Time 2:39 to 3:43  Time 4:08 to 4:50  Time ___ to ___  Date 6/17/2