U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

MINUTES - CIVIL TRIAL ☑ Jury ☐ Non-Jury   6th Day (1st, 2nd, etc.)   CASE NO.: **1:19-cv-44**

STYLE: **Eimers** vs. **Linsday Corporation, et al**

PRESENT: Honorable **Travis R. McDonough** ☑ U.S. District Judge ☐ U.S. Magistrate Judge

Attorney(s) for Plaintiff(s): **Ritchie, Monroe, Sullivan**

Attorney(s) for Defendant(s): **Wilson, Fullerton, Heller, Mannion, Flax**

Deputy Clerk: **DeAndra Hintor**    Court Reporter: **Elizabeth Coffey**

PROCEEDINGS:

☑ JURY selected and sworn. Jurors present **10** / Seated ___ / Challenged ___ / Excused ___ / Not used ___
   (See attached list)

☑ Opening Statements ☐ Rule Requested ☑ Witness sworn (Witnesses listed on "Exhibit & Witness List")

☑ Introduction of evidence for pltf. ☐ begun ☑ resumed ☐ concluded

☐ Deft.'s MOTION: _____ ☐ GRANTED ☐ DENIED

☐ Introduction of evidence for deft. ☐ begun ☐ resumed ☐ concluded

☐ Deft.'s RENEWED MOTION: _____ ☐ GRANTED ☐ DENIED

☐ Rebuttal evidence ☐ Surrebuttal evidence ☐ Charge conference ☐ Argument of counsel ☐ Charge of Court

☐ Jury retired to deliberate at _____ Jury returned at _____

☐ JURY VERDICT: _____

☐ Jury polled ☐ Polling waived

☐ JUDGMENT BY COURT: _____

☐ Case taken under advisement ☐ Mistrial declared

☐ EXHIBITS: ☐ in vault ☐ in file ☐ taken by court ☐ returned to attys (OBTAIN SIGNED RECEIPT)

☑ TRIAL CONTINUED UNTIL: **TBA - Court will instruct jury when**

OTHER PROCEEDINGS:

Time **8:45** to **10:5**   Time **11:0** to **12:2**   Time **2:16** to **2:18**
Time ___ to ___   Time ___ to ___   Time ___ to ___   Date **6/21/2**