# UNITED STATES DISTRICT COURT

**Eastern** DISTRICT OF **Tennessee**

Ciners

v.

Lindsay Corp, et al

## EXHIBIT AND WITNESS LIST

Case Number: 1:19-cv-44

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Travis R. McDonough | Ritchie, Monroe, Sullivan | Thielen, Fullerton, Heller |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 6.13.22 – 6.21.22 | C. Coffey | D. Hinton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 6.13.22 | ✓ | ✓ | P81 – Ciners Photo (54 pics) |
| | ✓ | 6.13.22 | ✓ | ✓ | D237 – Crash Report |
| ✓ | | 6.14.22 | ✓ | ✓ | P19 – Photo 10/12/2010 X-Lite |
| ✓ | | 6.14.22 | ✓ | ✓ | P768 – Photo 10/26/2010 X-Lite |
| ✓ | | 6.14.22 | ✓ | ✓ | P771 – Internal Memo 9.6.16 |
| ✓ | | " | ✓ | ✓ | P19 |
| ✓ | | " | ✓ | ✓ | P21 |
| ✓ | | " | ✓ | ✓ | P101 – Email |
| ✓ | | " | ✓ | ✓ | P97 – Email |
| ✓ | | " | ✓ | ✓ | P206 – Email |
| ✓ | | " | ✓ | ✓ | P3 – Installation Manual pg. 28 |
| ✓ | | " | ✓ | | P109 – (sidebar) |
| ✓ | | " | ✓ | ✓ | P128 – Email 1.7.2014 |
| ✓ | | " | ✓ | | P161 – Email (not admitted) |
| ✓ | | " | ✓ | ✓ | P183 – Email 2014 |
| ✓ | | " | ✓ | | P780 – Letter 2 |
| ✓ | | " | ✓ | ✓ | P386 – Email chain |
| ✓ | | " | ✓ | ✓ | P752 – Email chain |
| ✓ | | " | ✓ | ✓ | P99 – Accident Video |
| | ✓ | 6.14.22 | ✓ | ✓ | D77 – Lindsay Audit |
| | ✓ | " | ✓ | ✓ | D318 – Photo |
| | ✓ | " | ✓ | ✓ | D318-9 – Photo 5, 6, + 7 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

Case 1:19-cv-00044-TRM-CHS   Document 380   Filed 06/21/22   Page 1 of 6   PageID #: 19197

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Tennessee

Cimers

v.

Lindsay Corp, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 1:19-cv-44

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Travis R. McDonough | Ritchie, Monroe, Shelton | Nielsen, Fuller, Heller |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 6.13.22 – 6.21.22 | C. Coffey | D. Hinton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | ✓ | 6.14.22 | ✓ | ✓ | D 177 – Lindsay Audit |
|  | ✓ | " | ✓ | ✓ | D 318.9 – 5, 6 + 7 Photos |
|  | ✓ | " | ✓ |  | D 274 (NOT ADMITTED) |
|  | ✓ | " | ✓ | ✓ | D 162 |
|  | ✓ | " | ✓ | ✓ | D 50 Letter |
|  | ✓ | " | ✓ | ✓ | D 54 |
|  | ✓ | " | ✓ |  | D 52 – Memo/Letter (ID ONLY NOT ADMITTED) |
|  | ✓ | " | ✓ | ✓ | D 458 – Photo of Slider Bracket |
|  | ✓ | " | ✓ | ✓ | D 459 – Road Safety Ecosystem Map |
| ✓ |  | 6.14.22 | ✓ | ✓ | P 1169 – Letter/Patent |
| ✓ |  | " | ✓ |  | P 577 – ID ONLY – NOT ADMITTED |
| ✓ |  | " | ✓ | ✓ | P 1191 – Report |
| ✓ |  | 6.15.22 | ✓ | ✓ | P 951 – Handwritten Notes |
| ✓ |  | " | ✓ | ✓ | P 184 – Admitted by deft's on 6.14.22 |
| ✓ |  | " | ✓ |  | Photos (Crash Testing) – ID ONLY |
| ✓ |  | " | ✓ | ✓ | P 910 – Photos of Accident |
| ✓ |  | " | ✓ | ✓ | P 877 – Chart Table II Admitted by deft's on 6.14.22 |
| ✓ |  | " | ✓ | ✓ | P 35 – Exhibits Photo |
|  | ✓ | 6.15.22 | ✓ | ✓ | D 252 – Memo (Failed Test) |
|  | ✓ | " | ✓ | ✓ | D 445 – Memo (Review) |
|  | ✓ | " | ✓ | ✓ | D 31 – Memo |
| ✓ |  | 6.15.22 | ✓ |  | P 2 – NCHRP Report – ID ONLY |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

# UNITED STATES DISTRICT COURT

**Eastern** DISTRICT OF **Tennessee**

## EXHIBIT AND WITNESS LIST

Cimers v. Lindsay Corp, et al

Case Number: 1:19-cv-44

| | | | | | |
|---|---|---|---|---|---|
| PRESIDING JUDGE Travis R. McDonough | | | PLAINTIFF'S ATTORNEY Ritchie, Monroe, Sullivan | | DEFENDANT'S ATTORNEY Wilson, Fullerton, Hello |
| TRIAL DATE(S) 6.13.22 – 6.21.22 | | | COURT REPORTER C. Coffey | | COURTROOM DEPUTY M. Hinton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 6.15.22 | ✓ | ✓ | D 460 – NHTSA |
| | ✓ | " | ✓ | ✓ | D 463 – NHTSA |
| | ✓ | " | ✓ | ✓ | D 466 NHTSA 8/20/18 |
| | ✓ | 6.16.22 | ✓ | ✓ | D 474 – Special Crash Investigations |
| | ✓ | " | ✓ | ✓ | D 468 – Special Crash Investigations 7/18 |
| | ✓ | " | ✓ | ✓ | D 318.1 – Photo – guardrail crash |
| | ✓ | " | ✓ | ✓ | D 318.5 – Photo – guardrail crash |
| | ✓ | " | ✓ | ✓ | D 318.7 – Photo – guardrail crash pgs 1,2,3&4 |
| | ✓ | " | ✓ | ✓ | D 318.7 Photo (crash) |
| | ✓ | " | ✓ | ✓ | D 318.9 Photos – ID ONLY |
| | ✓ | " | ✓ | ✓ | D 162 |
| | ✓ | " | ✓ | | D 30 – ID ONLY – NOT ADMITTED |
| ✓ | | 6.16.22 | ✓ | ✓ | P 1164 – State of TN Letter conditional admitted |
| ✓ | | " | ✓ | ✓ | P 1211 |
| ✓ | | " | ✓ | ✓ | P 35 – Already admitted |
| | ✓ | 6.16.22 | ✓ | ✓ | D 274 – Crash Test by State same exhibit |
| ✓ | | 6.16.22 | ✓ | ✓ | P 1212 – CV of Dr. Stranser |
| ✓ | | " | ✓ | ✓ | P 1213 – CV of Dr. Cashdollar |
| ✓ | | " | ✓ | ✓ | P 1205 – (n aie) |
| ✓ | | " | ✓ | ✓ | P 3.2 Installation Manual |
| ✓ | | " | ✓ | ✓ | P 989 – Steven Garren Report @ crash site |
| ✓ | | " | ✓ | ✓ | P 661 – (n aie) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of **1** Pages

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Tennessee

Cimer

v.

Lindsay, et al

## EXHIBIT AND WITNESS LIST

Case Number: 1:19-cv-44

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Travis R. McDonough | Ritchie, Monroe, Sullivan | Wilson, Fuller, Heller |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6.13.22 – 6.21.22 | C. Coffey | D. Hinton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 6.16.22 | ✓ | ✓ | P 1100 – Email |
| ✓ | | " | ✓ | ✓ | P 3-12 – X-Lite Tangent Manual |
| ✓ | | " | ✓ | ✓ | P 1099 – Letter |
| ✓ | | " | ✓ | ✓ | P 1167 – Email |
| ✓ | | " | ✓ | ✓ | P 1120 – Email |
| ✓ | | " | ✓ | ✓ | P 206 – Email |
| ✓ | | " | ✓ | ✓ | P 1182 – Excel Spreadsheet |
| ✓ | | " | ✓ | ✓ | P 939 – Former |
| ✓ | | " | ✓ | ✓ | P 283 – Letter |
| ✓ | | 6.17.22 | ✓ | ✓ | P 1214 – CV of Michael McCort |
| | ✓ | 6.17.22 | ✓ | ✓ | D 403 – |
| | ✓ | " | ✓ | ✓ | D 30 |
| ✓ | | 6.17.22 | ✓ | ✓ | P 924 – CV of Dr. Sicking |
| ✓ | | " | ✓ | ✓ | P 396 – Only pg 1 |
| ✓ | | " | ✓ | ✓ | P 7 – Video Crash Test – XLT-01 |
| ✓ | | " | ✓ | ✓ | P 9 – Video Crash Test |
| ✓ | | " | ✓ | ✓ | P 11 – Video Crash Test |
| ✓ | | " | ✓ | ✓ | P 13 – Video Crash Test |
| ✓ | | " | ✓ | ✓ | P 184 Already admitted |
| ✓ | | " | ✓ | ✓ | P 601.1 – Video |
| ✓ | | " | ✓ | ✓ | P 928 – Test Summary Report |
| ✓ | | " | ✓ | | P 927-1 Photo of guardrail – ID ONLY NOT ADMITTED |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_Eastern_ DISTRICT OF _Tennessee_

# EXHIBIT AND WITNESS LIST

Cimers

v.

Lindsay Corp., et al

Case Number: 1:19-cv-44

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Travis R. McDonough | Ritchie, Monroe, Sullivan | Nelson, Fuller, Heller |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 6.13.22 – 6.21.22 | S. Coffey | K. Finton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 6.17.22 | ✓ | | P 927-2 – Pg 12 exhibit  NOT IN EVIDENCE |
| ✓ | | " | ✓ | | P 927-3 – P. 1, 2, 3   I.D. ONLY |
| ✓ | | " | ✓ | | P 927-5 |
| | ✓ | 6.17.22 | ✓ | ✓ | D 318.9 (Purposes of Impeachment Only) |
| | ✓ | " | ✓ | ✓ | D 318.9 – 6 & 7 |
| | ✓ | " | ✓ | ✓ | D 587 – Report |
| | ✓ | " | ✓ | ✓ | D 453 – Letter |
| | ✓ | " | ✓ | | D 566.1 – Report – ID ONLY |
| | ✓ | " | ✓ | ✓ | D 54 – Report |
| | ✓ | " | ✓ | ✓ | D 51 – Report |
| | ✓ | " | ✓ | ✓ | D 52 – Report |
| | ✓ | " | ✓ | ✓ | D 313 – FOIA |
| | ✓ | " | ✓ | ✓ | D 202 – Memo |
| | ✓ | " | ✓ | | D 27  ID ONLY |
| | ✓ | " | ✓ | ✓ | D 318.7 (Already admitted) |
| | ✓ | 6.17.22 | ✓ | | D 277 – Map  ID ONLY |
| | ✓ | " | ✓ | | D 278 – Chart  ID ONLY |
| | ✓ | " | ✓ | ✓ | D 459 (Already admitted) |
| ✓ | | 6.21.22 | ✓ | ✓ | P 26 (Product Development Team Mtg.) |
| ✓ | | " | ✓ | ✓ | P 951 X-Lite Crash Test (Personal Notes of Mr. Dyke) |
| ✓ | | " | ✓ | ✓ | P 19 Crash Test (previously admitted) |
| ✓ | | " | ✓ | ✓ | P 36 Email Chain 2 pgs G. Dyke |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Tennessee

Cimero

V.

Lindsay Corp. et al

**EXHIBIT AND WITNESS LIST**

Case Number: 1:19-cv-44

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Travis R. McDonough | Ritchie, Monroe, Sullivan | Thiessa, Fullerton, Helle |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 6.13.22 – 6.21.22 | C. Coffey | D. Hinton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 6.21.22 | ✓ | ✓ | P34 – Barrier Systems Design Review 4 pgs |
| ✓ | | " | ✓ | ✓ | P2.5 – Barrier Systems |
| ✓ | | " | ✓ | ✓ | P2.1 – Barrier Systems – Change Notice |
| ✓ | | " | ✓ | ✓ | P83 – Lindsay Engineering Chg. Notice 13 pgs |
| ✓ | | " | ✓ | ✓ | P863 – Photo of Accident |
| ✓ | | " | ✓ | ✓ | P989 – Photo of Crash (X Lite) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages