# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __TENNESSEE__

EIMERS

V.

LINDSAY CORPORATION, ET AL

**WITNESS LIST**

Case Number: 1:19-CV-44

| PRESIDING JUDGE<br>TRAVIS R. MCDONOUGH | PLAINTIFF'S ATTORNEY<br>RITCHIE, MONROE, SULLIVAN | DEFENDANT'S ATTORNEY<br>WILSON, FULLERTON, HELLER, MANNION, FLAX |
|---|---|---|
| TRIAL DATE (S)<br>6/13/2022 | COURT REPORTER<br>E.COFFEY&S.FERNANDEZ | COURTROOM DEPUTY<br>DEANDRA HINTON |

| PLA | DEF. | DATE OF TESTIMONY | WITNESSES |
|---|---|---|---|
| X | | 6/13/2022 | SGT. ALEX BARGER, THP, sworn |
| X | | 6/13/2022 | CHRISTIAN OYOLA, sworn |
| X | | 6/13/2022 | RUSS HARPER, sworn |
| X | X | 6/14/2022 | SCOTT MARION, sworn |
| X | | 6/14/2022 | DR. SCOTT SCHRUM, sworn |
| X | | 6/15/2022 | DR. SCOTT SCHRUM, sworn |
| X | | 6/16/2022 | DR. SCOTT SCHRUM, sworn |
| X | | 6/16/2022 | DR. DAVID R. STRAUSER, sworn (Expert Witness) |
| X | | 6/16/2022 | DR. PARKER CASHDOLLAR, sworn (Expert Witness) |
| X | | 6/16/2022 | STEVEN GARREN, sworn |
| X | | 6.17.22 | Mike McCort, sworn |
| X | | 6.17.22 | Dr. Dean Sicking, sworn |
| X | | 6.21.22 | Gerrit Dyke, sworn |