UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| STEPHEN EIMERS, ) | |
| ) | Case No. 1:19-cv-44 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Christopher H. Steger |
| LINDSAY CORPORATION, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**ORDER**

Eastern District of Tennessee Local Rule 68.3 provides in part that "a judge of this Court may refer any civil case for a judicial settlement conference. A judicially-hosted settlement conference is an informal, flexible, noncoercive and voluntary conference designed to aid in settlement of a case." During the sixth day of trial, the parties represented to the Court that this case was, pending a written agreement, resolved. As a result, the Court paused the trial and sent the jury home until July 12. Given these circumstances and the crowded upcoming docket, this case is hereby **REFERRED** to United States Magistrate Judge Christopher H. Steger for a settlement conference to begin on **June 24, 2022, at 10:00 a.m.** The conference will last no longer than two hours. Magistrate Judge Steger "shall retain complete discretion regarding the format and the manner of carrying on the settlement conference." He shall not discuss the settlement conference with the undersigned except and unless progress is made toward settlement. *See* E.D. Tenn. L.R. 68.3(c), (g). It is hereby **ORDERED** that one lawyer and one party or party representative from each side shall attend the conference in person.

**SO ORDERED.**

**/s/ *Travis R. McDonough*** 
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**