- [ ] MOTION HEARING
- [ ] PRETRIAL CONFERENCE
- [x] OTHER

Case No: **1:19-CV-44**  **Eimers** v. **Valmont Industries, In**

PRESENT: Honorable **Christopher H. Steger**   [ ] U.S. District Judge OR [x] U.S. Magistrate Judge

**Wayne Ritchie** _____ **Randy Wilson**
Attorney(s) for Plaintiff(s) | Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s)

_____ **Kelli Jones** _____
Attorney(s) for Defendant(s) | Courtroom Deputy | Court Reporter

PROCEEDINGS:
Pre-mediation hearing held. Participants via zoom: Tom Mannion, Teresa Monroe, Jim Heller and Ryan Loneman.

TESTIMONY BY: _____

TRIAL SET: _____

Time: **10:0** to **10:45**      Date: **6/24/22**

_____ to _____
_____ to _____
_____ to _____

REV 7/14