UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| STEPHEN EIMERS, | Case No. 1:19-cv-44 |
| *Plaintiff*, | |
| v. | Judge Travis R. McDonough |
| LINDSAY CORPORATION, *et al.*, | Magistrate Judge Christopher H. Steger |
| *Defendants*. | |

## ORDER

Before the Court is Defendants' motion to survey the jurors (Doc. 387). The motion is **DENIED WITH LEAVE TO REFILE** after the parties have stipulated to dismiss the case.

SO ORDERED.

*/s/ Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**