IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| STEPHEN EIMERS, as Personal Representative of the Estate of HANNAH EIMERS, Deceased,<br><br>　　*Plaintiff*,<br><br>v.<br><br>LINDSAY CORPORATION, *et al.*,<br><br>　　*Defendants*. | Case No. 1:19-cv-00044<br><br>District Judge Travis R. McDonough<br><br>Magistrate Judge Christopher H. Steger |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Stephen Eimers and Defendants Lindsay Corporation and Lindsay Transportation Services, LLC f/k/a (i) Lindsay Transportation Solutions Sales & Service, LLC and (ii) Lindsay Solutions Inc. f/k/a Barrier Systems, Inc. hereby stipulate to the dismissal with prejudice of Plaintiff's claims in this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Wayne A. Ritchie II (with permission)*<br>Wayne A. Ritchie II<br>James R. Stovall<br>Samantha I. Ellis<br>RITCHIE, DAVIES, JOHNSON &<br>STOVALL, P.C.<br>606 West Main Avenue<br>Post Office Box 1126<br>Knoxville, TN 37901-1126<br>(865) 234-2100<br>war@rdjs.law<br>jstovall@rdjs.law<br><br>Teresa Monroe<br>MONROE LAW<br>90 State Street, Ste. 700<br>Albany, New York 12207<br>(518) 676-0206<br>(518) 320-8038 (fax)<br>tmonroe@monroelawllp.com<br><br>Richard J. Sullivan<br>Thomas P. Kelley<br>SULLIVAN & SULLIVAN, LLP<br>83 Walnut Street<br>Wellesley, MA 02481<br>(781) 263-9400<br>rsullivan@sullivanllp.com<br>tkelley@sullivanllp.com<br><br>*Attorneys for Plaintiff Stephen Eimers* | **MILLER & MARTIN PLLC**<br><br>By: */s/ W. Randall Wilson*<br>W. Randall Wilson (BPR No. 9852)<br>Randy.Wilson@millermartin.com<br>Jenna W. Fullerton (BPR No. 36522)<br>Jenna.Fullerton@millermartin.com<br>832 Georgia Avenue, Suite 1200<br>Chattanooga, Tennessee 37402<br>Telephone: 423.785.8297<br>Facsimile: 423.321.1571<br><br>James H. Heller (Admitted *Pro Hac Vice*)<br>jimheller@cozen.com<br>Shelby K. Riney (Admitted *Pro Hac Vice*)<br>sriney@cozen.com<br>Jillian T. Flax (Admitted *Pro Hac Vice*)<br>jflax@cozen.com<br>Josh M. Greenbaum (Admitted *Pro Hac Vice*)<br>jgreenbaum@cozen.com<br>COZEN O'CONNOR<br>1650 Market Street, Suite 2800<br>Philadelphia, Pennsylvania 19103<br>Telephone: 215.665.2189<br>Facsimile: 215.701.2189<br><br>*Attorneys for Defendants Lindsay Corporation and Lindsay Transportation Solutions, LLC f/k/a Lindsay Transportation Solutions Inc. f/k/a Barrier Systems, Inc.* |