UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STEPHEN EIMERS as Personal Representative of the Estate of HANNAH EIMERS, Deceased, | CASE NO: 2019 1:19-cv-00044-TRM-SKL |
| Plaintiff, | |
| v. | |
| VALMONT INDUSTRIES, INC. a foreign corporation; VALMONT HIGHWAY, a foreign corporation; ARMORFLEX INTERNATIONAL LIMITED, a foreign corporation; LINDSAY CORPORATION, a foreign corporation; LINDSAY TRANSPORTATION SOLUTIONS SALES & SERVICE LLC, a foreign corporation; LINDSAY TRANSPORTATION SOLUTIONS, INC., f/k/a BARRIER SYSTEMS, INC., a foreign corporation; | |
| Defendants. _____/ | |

## COHEN MILSTEIN'S NOTICE OF FULL RELEASE OF CHARGING LIEN

As previously reflected in the record [Docs. 399 and 408], all claims relating to the Charging Lien previously filed by the law firm of Cohen, Milstein, Sellers & Toll PLLC ("Cohen Milstein") on February 15, 2022 [Doc. 284] have been fully resolved, satisfied and released. Accordingly, said lien and the related claims are hereby discharged and released in full with prejudice. Cohen Milstein respectfully requests that an entry be made on the record accordingly.

Dated: November 7, 2022

/s/Theodore J. Leopold_____
THEODORE J. LEOPOLD, ESQ.
Florida Bar No: 705608
tleopold@cohenmilstein.com
Admitted *Pro Hac Vice*
LESLIE M. KROEGER, ESQ.
Florida Bar No: 989762
lkroeger@cohenmilstein.com
Admitted *Pro Hac Vice*
POORAD RAZAVI, ESQ.
Florida Bar No.: 0022876
prazavi@cohenmilstein.com
Admitted *Pro Hac Vice*
Cohen Milstein Sellers & Toll, PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL  33410
(561) 515-1400

Cohen Milstein Sellers & Toll, PLLC
11780 US Highway One, Ste 500, Palm Beach Gardens, FL 33408
Telephone: 561.515.1400 Facsimile: 561.515.1401

Case 1:19-cv-00044-TRM-CHS   Document 409   Filed 11/07/22   Page 2 of 2   PageID #: 23162